## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:20-CV-20190-RNS

Plaintiff:
**WINDY LUCIUS,**

vs.

Defendant:
**WALMART INC.,**

For:
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM PLLC
10873 Sw 59th Court
Pinecrest, FL 33156

Received by Professional Process Servers on the 16th day of January, 2020 at 9:00 am to be served on **WALMART INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Roberto De Lemos, being duly sworn, depose and say that on the **17th day of January, 2020** at **12:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET and COMPLAINT FOR INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH, AUTHORIZED SERVICE TECH FOR CT CORPORATION SYSTEM** as **Registered Agent** at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** on behalf of **WALMART INC.** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50s, Sex: F, Race/Skin Color: WHITE, Height: 5'2", Weight: 120, Hair: BROWN, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 22nd day of January, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Roberto De Lemos
SPS#1114

**Professional Process Servers
& Investigators, Inc.**
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523

Our Job Serial Number: FIS-2020000636

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WINDY LUCIUS <br><br> *Plaintiff(s)* <br> v. <br> WALMART INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 20-cv-20190-RNS |

*[Handwritten stamp: OBTAIN DESCRIPTION / SERVED: DONNA MOCH MGR / DATE: 1/17/20 TIME: 12:00P / BY: RDS / A BROWARD COUNTY SPECIAL PROCESS SERVER 1114]*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WALMART INC.
c/o Registered Agent CT CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 1/16/2020

Angela E. Noble
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

*[Handwritten: FW 50's 5'2" 120 NG BW    R    636]*